No. 1405. GRIGGS ET AL. *v.* DUKE POWER CO. C. A. 4th Cir. Motion of United Steelworkers of America, AFL–CIO, for leave to file a brief as *amicus curiae* granted. Certiorari granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion and petition.

No. 1713. SWANN ET AL. *v.* CHARLOTTE-MECKLEN-BURG BOARD OF EDUCATION ET AL. C. A. 4th Cir. Motion of National Education Association for leave to file a brief as *amicus curiae* granted. Motion of United Negro College Fund, Inc., et al. for leave to file a brief as *amici curiae* granted. Petition for writ of certiorari granted, provided the judgment of the Court of Appeals is left undisturbed insofar as it remands the case to the District Court for further proceedings, which further proceedings are authorized, and the District Court's judgment is reinstated and shall remain in effect pending those proceedings. Decision on motions to expedite deferred. MR. JUSTICE BLACK dissents from the Court's order which reinstates the District Court's judgment. He would grant motion to expedite action in this Court and set case for hearing at earliest possible date. ■

No. 1318, Misc. COOLIDGE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket.

No. 1115. WISNIESKI *v.* OHIO EX REL. KENDZIA ET AL. Sup. Ct. Ohio. Certiorari denied.